EDWARD C. SWEENEY, JR., and Others, Appellants, v. HATTIE BLANCHE SWEENEY, Respondent.— Judgment unanimously affirmed, with costs. The case presents a clear issue of fact as to whether the trust agreement alleged by the plaintiffs was made. Defendant denies that any such agreement was made or suggested, and the learned trial justice who saw and heard the parties has decided the issue in her favor. We see no reason for interfering with his decision. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

ELIAS WALLACH and Another, Respondents, v. ROSIE LUXSENBERG, Appellant.— Order granting summary judgment to the plaintiffs under rule 113 of the Civil Practice Act* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

AUDITORE STEAMSHIP LINES, INC., and FRANK AUDITORE, Respondents, v. KERR STEAMSHIP COMPANY, INC., Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

MICHAEL BRASSEL, Respondent, v. THE ELECTRIC WELDING COMPANY OF AMERICA, Appellant.— Cause ordered on the December, 1923, term calendar. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

WALSTON H. BROWN, Individually and as Trustee, etc., Appellant, v. WILLIAM L. KANN and Others, Respondents.— Appeal withdrawn in open court. Present — Kelly, P. J., Manning, Kelby and Kapper, JJ.

MARY CAREY, Respondent, v. HENRY DONAHUE, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

THE CITY OF NEW YORK, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Cause ordered on the March, 1924, term calendar. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

JACOB GLASS, Respondent, v. JACOB OBER and Another, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HARWAY IMPROVEMENT COMPANY, Respondent, v. HUGH R. PARTRIDGE, Defendant, and THE CITY OF NEW YORK, Appellant. — Cause ordered on the March, 1924, term calendar. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

In the Matter of Summary Proceedings: HENRY G. HEMMING, Respondent, v. HELEN HENDERSON, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

FRANK HESSE, Appellant, v. GEORGE BERGOLD, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HARRY A. HIMER, Respondent, v. OSCAR STOLP and AMERSFORT REALTY COMPANY, Appellants.— Cause ordered on the December, 1923, term calendar. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

In the Matter of the Petition of SUSAN LUTZ, Appellant, for the Appointment of a Committee of the Person and Property of ELIZABETH J. E. SMITH, an Alleged Incompetent. AMERICAN TRUST COMPANY, Committee, etc., Respondent.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

ALTER KAPLAN, Respondent, v. JACOB KOPETOWSKY, Appellant.— Cause ordered on the December, 1923, term calendar. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

---

* *Sic.* See Rules Civ. Prac. rule 113.— [REP.